IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KRISTINA CUEVAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 16-0126-CG-M |
| | ) |
| HANCOCK BANK, and | ) |
| TRANSUNION LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 16), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own respective costs.

**DONE and ORDERED** this 7th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE